## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

| | | |
|---|---|---|
| ELLIS RAY BARBER | * | |
| Plaintiff | * | |
| V. | * | NO: 4:08CV04155 SWW |
| C1 TRUCK DRIVER TRAINING LLC, ET AL. | * | |
| Defendant | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 18TH DAY OF OCTOBER, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE